## BAER *v.* NEW YORK.

No. 1077.  Decided May 2, 1966.

*Isadore Greenberg* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## UNITED STATES *v.* CLAYTON, COMMISSIONER OF REVENUE OF NORTH CAROLINA.

No. 1115.  Decided May 2, 1966.

*Solicitor General Marshall, Acting Assistant Attorney General Roberts, I. Henry Kutz* and *Robert A. Bernstein* for the United States.

PER CURIAM.

The appeal is dismissed.